## (February 23, 1954.)

■

BAYSIDE HOUSE, INC., Appellant, v. LOYAL WITT et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., MacCrate, Schmidt and Beldock, JJ.; Murphy, J., not voting.

■

ABRAHAM A. GOLDENBERG et al., Respondents, v. TEEKAY DRUG CORP. et al., Defendants, and N. Y. PHARMACISTS DISCOUNT CORP. et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Adel, MacCrate and Beldock, JJ.; Wenzel, J., not voting. [See ante, p. 717.]

■

In the Matter of the Accounting of BANKERS TRUST COMPANY, as Executor of BLANCHE BARCLAY, Deceased Trustee under the Will of GEORGE C. BARCLAY, Deceased, Respondent. BEATRICE B. OBER et al., Appellants; WILLIAM S. OVEREND, Special Guardian for JUNIUS S. MORGAN, II, and Another, Infants, and for Unborn Persons, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See ante, p. 661.]

■

ANNA SCAPELITO et al., Respondents, v. ASSOCIATED PLAYHOUSES, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., MacCrate, Schmidt and Beldock, JJ.; Murphy, J., not voting.

■

JAY H. TICHENOR et al., Copartners Doing Business as TICHENOR & Co., Appellants, v. PEOPLES SAVINGS BANK OF YONKERS, NEW YORK, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See 282 App. Div. 1053.]